■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY WILLIAMS, Appellant. — Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on September 24, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sullivan, Carro, Milonas and Alexander, JJ.

■ GRANT-HOWARD ASSOCIATES et al., Respondents, v GENERAL HOUSEWARES CORP., Appellant. — Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered on November 12, 1982, unanimously affirmed for the reasons stated by McCooe, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Bloom, Fein, Milonas and Kassal, JJ. [115 Misc 2d 704.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MILLER, Appellant. — Judgment, Supreme Court, Bronx County (Eugene Nardelli, J.), rendered on July 28, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Fein, Milonas and Alexander, JJ.